# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-12964 |
| | ) |
| Kimberly Uber | ) Hon. Jessica Price Smith |
| | ) CHAPTER 13 |
| Debtor | ) |
| | ) **OBJECTION TO PROOF OF CLAIM** |
| | ) **#3 FILED BY SADINO FUNDING** |
| | ) |

Now comes Debtor, by and through counsel, and objects to the allowance of the Proof of Claim by Quantum3 Group, LLC as agent for Sadino Funding, LLC ("Creditor") filed July 9, 2015, Claim #3.

1) Creditor filed a Proof of Claim in the amount of $510.54 unsecured.

2) Debtor objects to this proof of claim for the following reasons:

a. Creditor fails to attach any written documentation establishing the agency relationship between Quantum3 Group, LLC, Sadino Funding and Applied Card Systems, Inc.;

b. Further Creditor fails to attach any written documentation to establish the assignment of the debt to the current claimant as the original creditor is simply identified as Applied Card Systems, Inc.

c. Further Creditor fails to attach any written documentation to establish what the debt was for or how Debtor is obligated for this alleged debt.

d. Under Ohio law, a Creditor seeking to recover on an account, such as a credit card, must prove the balance owed. It is further established that an action on a credit card requires the Creditor to show a running balance, preferably at Zero, but at least an agreed upon balance and then a running itemization of debits, credits, and calculation of late fees and charges to prove how the balances were calculated. *Asset Acceptance v. Proctor*, 156 Ohio App.3d 60, 2004-Ohio-623 (4th Ohio District) citing *Brown v. Columbus Stamping & Mfg. Co.* (1967) 9 Ohio App.2d 123, 126  In the instant case, Creditor has failed to put forth a provable sum and has failed to submit any documentation evidencing a running itemization of debits, credits, and calculation of late fees and charges to prove how the balances were calculated

e. Debtor has reviewed the proof of claim and cannot identify this Creditor or has knowledge of this debt. This debt was not listed on their schedules nor on their credit report which was pulled by counsel prior to filing bankruptcy.

WHEREFORE, Debtor objects to the allowance of the Creditor's claim. Debtor respectfully, requests the Court to disallow this Proof of Claim filed by the Creditor in its entirety. Date: January 23, 2017

/s/ Marc E. Dann
Marc E. Dann 0039425
Brian D. Flick 0081605
William C. Behrens 0093031
The Dann Law Firm Co., LPA
PO Box 6031040
Cleveland, OH 44103
216/373-0539
216/373-0536 - fax
notices@dannlaw.com

# CERTIFICATE OF SERVICE

The undersigned certifies that January 23, 2017, a copy of the foregoing pleading was filed electronically with the Clerk of the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system ("ECF"). Parties may access this filing through the Court's system.

US Trustee's Office  Trustee@Usdoj.Gov

Craig Shopneck, Chapter 13 Trustee, cshopneck13@ecf.epiqsystems.com

Edward J. Boll, III on behalf of Creditor Bank of America, N.A. nohbk@lsrlaw.com

David M. Douglass on behalf of Creditor State of Ohio Dept. of Taxation
douglassecf@douglasslaw.com

Peter Michael O'Grady on behalf of Creditor Ford Motor Credit Company, LLC
bknotice@reimerlaw.com

And via regular US Mail to

Quantum3 Group, LLC as agent for
Sadino Funding, LLC
PO Box 788
Kirkland, WA 98083

Sadino Funding, LLC
c/o National Registered Agents, Inc.
160 Greentree Drive, #101
Dover, DE 19904

/s/ Marc E. Dann
Marc E. Dann #0039425
Attorney for Debtor
The Dann Law Firm Co., LPA